849 A.2d 1129

**John Harold ALEXANDER, Respondent**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner.**

Supreme Court of Pennsylvania.

April 7, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 7th day of April 2004, we **GRANT** the Petition for Allowance of Appeal.

We further **ORDER** that the parties brief the application, if any, of *Commonwealth v. Mockaitis,* 575 Pa. 5, 834 A.2d 488 (2003), and *Pennsylvania State Police v. Paulshock,* 575 Pa. 378, 836 A.2d 110 (2003) to the present appeal.